IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CURTIS HUDSON FREEMAN,** : | **CIVIL ACTION NO. 3:13-CV-00065** |
| : | |
| **Plaintiff,** : | **(Chief Judge Conner)** |
| : | |
| v. : | |
| : | |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY**, : | |
| : | |
| **Defendant.** : | |

## ORDER

AND NOW, this 31st day of March, 2014, upon consideration of the complaint (Doc. 1) by plaintiff Curtis Hudson Freeman ("Freeman") seeking review of a decision of the Commissioner of Social Security ("Commissioner") denying Freeman's claim for disability insurance benefits and supplemental security income, the answer thereto by the Commissioner (Doc. 7), the administrative record (Doc. 8), and the parties' supporting and responsive briefs (Docs. 9, 10, 11), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Freeman's appeal (Doc. 1) from the decision of the Commissioner denying his claims for disability insurance benefits and supplemental security income is GRANTED.

2. The decision of the Commissioner is REMANDED to the Social Security Administration for further proceedings consistent with the court's memorandum.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania